[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11874

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

STANLEY AUBREY BAKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:15-cr-00291-JB-MU-1

_____

Before WILSON, ANDERSON, and JULIE CARNES, Circuit Judges.

PER CURIAM:

Arthur Madden, III, appointed counsel for Stanley Baker in this appeal from the revocation of supervised release and imposition of a 24-month sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Baker's revocation of supervised release and sentence are **AFFIRMED**.